# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANA BIGELOW-GRANILLO<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and DOES 1-100<br><br>Defendant. | Case No. 3:19-cv-00322-RS<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**<br><br>Judge: Hon. Richard Seeborg<br>Trial Date: None Set<br>Action Filed (Removal Date): 1/18/19 |

1  PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE
2  APPEARING THEREFORE, it is hereby ordered that the above-referenced action is dismissed with
3  prejudice as to all parties and as to all claims for relief. It is further ordered that the parties shall
4  bear their own attorneys' fees and costs.
5  IT IS SO ORDERED.
6  Dated: 1/21/2020

_____
Honorable Richard Seeborg
United States District Court Judge